■ The People of the State of New York, Respondent, v Dennis Gandarilla, Appellant. [665 NYS2d 905] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered September 21, 1995, convicting him of criminal possession of a controlled substance in the first degree, criminal possession of a weapon in the third degree, and endangering the welfare of a child, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim with respect to the propriety of the

search warrant application is unpreserved for appellate review and, in any event, without merit (*cf., People v Brown,* 40 NY2d 183; *People v Vanderpool,* 217 AD2d 716; *People v Castillo,* 176 AD2d 609, *affd* 80 NY2d 578, 584). O'Brien, J. P., Thompson, Sullivan and McGinity, JJ., concur.